■ In the Matter of JOSEPH J. BOINSKI, an Attorney, Resignor. [6 NYS3d 529]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P.,

Peradotto, Lindley, Whalen, and DeJoseph, JJ. (Filed Apr. 22, 2015.)